Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, CA 95661
916-290-7778 ph
916-282-0771 fax

Attorney for Plaintiff
Laura Manous

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| Laura Manous,<br><br>Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc., et. al.<br><br>Defendants. | Case No.: 8:25-cv-00105-AH-DFM<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Laura Manous and defendant Experian Information Solutions, Inc. ("Experian") have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of Experian within 35 days once the settlement is finalized.

Dated: August 29, 2025

                                        **Gale, Angelo, Johnson, P.C.**

                                        /s/ *Joe Angelo*
                                        Joe Angelo
                                        Attorney for Plaintiff